# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JETSON REED CHESHIER,<br>*Plaintiff*<br>v.<br>STATE OF WASHINGTON, YAKIMA COUNTY, JAMES HAGGERTY, JOHN CHAMBERS, STANLEY KOLTARI and A D ALTHAUS<br>*Defendant* | )<br>)<br>)   Civil Action No.   1:14-cv-03130-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   the Report and Recommendation, ECF No. 5, is ADOPTED in its entirety and the Petition For Writ of Habeas Corpus, ECF No.1,s is DISMISSED without prejudice for lack of jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   October 20, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia